UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERANTH, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SPLICK-IT, INC., a Delaware corporation, and DOES 1 through 20, inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS-COMPLAINT | CASE NO. 17-cv-1093 DMS (WVG)<br><br>**ORDER GRANTING MOTION TO WITHDRAW** |

This case comes before the Court on Janis Law Group and Dean T. Janis's motion to withdraw as counsel of record for Splick-It, Inc. Counsel has filed the necessary proof of service of the motion on its client. No party has filed an opposition to the motion. After considering the motion and the record on file herein, IT IS HEREBY ORDERED:

1. Janis Law Group and Dean T. Janis's motion to withdraw as counsel of record for Splick-It, Inc. is granted. Janis Law Group and Dean T. Janis are withdrawn as counsel for Splick-It, Inc. in this case.

2. Pursuant to Local Civil Rule 83.3(j), Splick-It, Inc. shall file a notice

of appearance of new counsel on or before January 15, 2021.  If Splick-It, Inc. does not identify its new counsel on or before January 15, 2021, the Court will hold an Order to Show Cause hearing on January 22, 2021, at 1:30 p.m. as to why sanctions, including dismissal of the Cross-Complaint as to Splick-It, Inc., should not be imposed for its failure to comply with Local Civil Rule 83.3(j).

3. For all future matters in this case, the address of record for Splick-It, Inc. is as follows: 1881 9th Street, Suite 303, Boulder, CO 80302.

**IT IS SO ORDERED**.

Dated:  December 31, 2020

Hon. Dana M. Sabraw
United States District Judge

2

Janis Law Group, APC

Declaration of Dean T. Janis iso Motion to Withdraw As Counsel For Splick-It, Inc.

17-CV-01093-DMS (WCG)